UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEBORAH LAUFER, Individually, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Case No. 3:20-cv-30073 |
| : | |
| GANGAMA INC., a Massachusetts Corporation, : | |
| : | |
| Defendant. : | |
| _____ : | |

## VOLUNTARY DISMISSAL WITHOUT PREJUDICE

NOTICE IS HEREBY GIVEN that pursuant to Federal Rules of Civil Procedure 41(a), Plaintiff Deborah Laufer voluntarily dismisses without prejudice the above-entitled action against Defendant Gangama, Inc. This notice of dismissal is being filed with the Court before service by Defendant of either an answer or a motion for summary judgment.

Respectfully Submitted,

June 26, 2020

NJC Law, P.C.
245 River St., Unit 261
Fitchburg, MA 01420
ph. (978) 780-3200
ncarbonelaw@gmail.com
BBO No. 686813

By: *Nicholas J. Carbone*
Nicholas J. Carbone, Esq.